1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   FRANK VALLES,                          1:13-cv-01194-AWI-JLT-(HC)

12              Petitioner,                 ORDER DISREGARDING
                                            APPLICATION TO PROCEED
13   vs.                                    IN FORMA PAUPERIS
                                            AS MOOT
14   DEPUTY DISTRICT ATTORNEY, et al.,
                                            (Doc. 6)
15
               Respondent.
16   _____/

17          Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18   Section 2254.

19          On August 15, 2013, petitioner filed an application to proceed in forma pauperis.  Due to

20   the fact that the court authorized petitioner to proceed in forma pauperis in the present case on

21   August 1, 2013, IT IS HEREBY ORDERED THAT petitioner's application of  August 15,2013,

22   is DISREGARDED AS MOOT.

23

24   IT IS SO ORDERED.

25   Dated:   **August 22, 2013**                          **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28