1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  FRANK VALLES,                              1:13-cv-01194-AWI-JLT-(HC)

12            Petitioner,                      ORDER DISREGARDING
                                               APPLICATION TO PROCEED
13  vs.                                        IN FORMA PAUPERIS
                                               AS MOOT
14  DEPUTY DISTRICT ATTORNEY, et al.,
                                               (Doc. 6)
15
              Respondent.
16  _____/

17        Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18  Section 2254.

19        On August 15, 2013, petitioner filed an application to proceed in forma pauperis.  Due to

20  the fact that the court authorized petitioner to proceed in forma pauperis in the present case on

21  August 1, 2013, IT IS HEREBY ORDERED THAT petitioner's application of  August 15,2013,

22  is DISREGARDED AS MOOT.

23

24  IT IS SO ORDERED.

25  Dated:  **August 22, 2013**                      _____
                                                     **/s/ Jennifer L. Thurston**
26                                                   UNITED STATES MAGISTRATE JUDGE

27

28